332 U.S. 826
 68 S.Ct. 163
 92 L.Ed. 401
 The CHASE NATIONAL BANK OF THE CITY of NEW YORK, as Trustees, etc., et al., petitioners,
v.
J. Hamilton CHESTON et al.
 No. 178.
 Same
 
 1
 v.
 
 METROPOLITAN LIFE INSURANCE COMPANY.
 
 2
 No. 179.
 
 SAME
 
 3
 v.
 
 
 4
 CENTRAL HANOVER BANK AND TRUST COMPANY et al., as
 
 
 5
 Trustees, etc.
 
 
 6
 No. 180.
 
 SAME
 
 7
 v.
 
 
 8
 NATIONAL CITY BANK OF NEW YORK, as Trustee, etc.
 
 
 9
 No. 181.
 
 SAME
 
 10
 v.
 
 
 11
 John C. TRAPHAGEN et al.
 
 
 12
 No. 182.
 
 SAME
 
 13
 v.
 
 
 14
 James G. BLAINE et al.
 
 
 15
 No. 183.
 
 The CHICAGO, ROCK ISLAND & PACIFIC RAILWAY
 
 16
 COMPANY, petitioner,
 
 
 17
 v.
 
 Supreme Court of the United States
 November 17, 1947
 METROPOLITAN LIFE INSURANCE COMPANY.
 
 18
 No. 184.
 
 SAME
 
 19
 v.
 
 
 20
 CENTRAL HANOVER BANK AND TRUST COMPANY et al., as
 
 
 21
 Trustees, etc.
 
 
 22
 No. 185.
 
 SAME
 
 23
 v.
 
 
 24
 The NATIONAL CITY BANK OF NEW YORK, as Trustee, etc.
 
 
 25
 No. 186.
 
 SAME
 
 26
 v.
 
 
 27
 J. Hamilton CHESTON et al.
 
 
 28
 No. 187.
 
 SAME
 
 29
 v.
 
 
 30
 John C. TRAPHAGEN et al.
 
 
 31
 No. 188.
 
 SAME
 
 32
 v.
 
 
 33
 James G. BLAINE et al.
 
 
 34
 No. 189.
 
 
 35
 Messrs. John Gerdes, of New York City, and Henry F. Tenney, of Chicago, Ill., for debtor-petitioner, Chicago R. I. & P. Ry. Co.
 
 
 36
 Mr. Loy N. McIntosh, of Chicago, Ill. (Messrs. Gann, Secord, Stead & McIntosh, of counsel), for the Protective Committee for Chicago Rock Island and P. Ry. Co.'s 7% and 6% Preferred Stock.
 
 
 37
 Messrs. Alexander & Green, of New York City, and Winston, Strawn & Shaw, of Chicago, Ill. (Messrs. Frank H. Towner, of Chicago, Ill., and Edward W. Bourne, of New York City, of counsel), for Protective Committee for Chicago, Rock Island and Pacific Railway Company General Mortgage Bonds due January 1, 1988.
 
 
 38
 Messrs. White & Case, of New York City, and Winston, Strawn & Shaw, of Chicago, Ill. (Messrs. Frank H. Towner, of Chicago, Ill., and Jesse E. Waid, of New York City, of counsel), for Bankers Trust Co. and others.
 
 
 39
 Messrs. Root, Ballantine, Harlan, Bushby & Palmer, of New York City (Messrs. Wilkie Bushby and Joseph Schreiber, both of New York City, of counsel), for Metropolitan Life Ins. Co.
 
 
 40
 Messrs. Rathbone, Perry, Kelley & Drye, of New York City (Mr. Alexander M. Lewis, of New York City, of counsel), for Central Hanover Bank and Trust Co. et al.
 
 
 41
 Messrs. Shearman & Sterling & Wright, of New York City (Mr. Sanford H. E. Freund, of New York City, of counsel), for National City Bank of New York et al.
 
 
 42
 Messrs. Beekman & Bogue, of New York City (Mr. Edward K. Hanlon, of New York City, of counsel), for Protective Committee for the Holders of First Mortgage 4 1/2% Bonds of The Rock Island, Arkansas and Louisiana Railroad Company.
 
 
 43
 Messrs. Cahill, Gordon, Zachry & Reindel, of New York City (Mr. Daniel James, of New York City, of counsel), for Protective Committee for Choctaw, Oklahoma & G. R. Co. et al.
 
 
 44
 Nov. 17, 1947.
 
 
 45
 The petition for rehearing is denied.